DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TYRONE PORTER,

Appellant,

v.

BUILDERS FIRSTSOURCE - FLORIDA, LLC,

Appellee.

No. 2D23-531

————————————————

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Nora Leto of Kaylor, Kaylor & Leto, P.A, Lakeland, for Appellant.

Amy K. Recla and Chase H. Hale of Jackson Lewis P.C., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.